# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --              )
                                     )
SERDI, LLC             )        ASBCA No. 58507
                                       )
Under Contract No. HHM402-10-C-0140    )

APPEARANCE FOR THE APPELLANT:        Eden Brown Gaines, Esq.
                                               Brown Gaines, LLC
                                               White Plains, MD

APPEARANCES FOR THE GOVERNMENT:       Raymond M. Saunders, Esq.
                                               Army Chief Trial Attorney
                                               MAJ Samuel E. Gregory, JA
                                               MAJ Lawrence P. Gilbert, JA
                                               Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been settled. The appeal is dismissed with prejudice.

Dated: 19 August 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58507, Appeal of SERDI, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals